UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF NEW YORK

---

CHRISTOPHER BEIL,

                Plaintiff,

      -v-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

22-CV-7947 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within 60 days.

    All filing deadlines, conference dates, and the October 10, 2023 trial date are hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                  _____
                                                    J. PAUL OETKEN
                                             United States District Judge